■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY VANDERPOOL, Appellant.—Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Nassau County (Belfi, J.), both imposed September 4, 1991.

Ordered that the sentences are affirmed (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Harwood, Lawrence, Copertino and Santucci, JJ., concur.